■ In the Matter of Gary Bell, Petitioner, v Ralph Sherman et al., Respondents.—Proceeding pursuant to CPLR arti-

cle 78 to prohibit the respondents from proceeding further against the petitioner on Queens County Indictment Number QN12163/88.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

A juror who has not heard all of the evidence in a case is grossly unqualified to render a verdict and must, therefore, be discharged *(see, People v Russell,* 112 AD2d 451, 452). Where, as here, the discharge of the juror makes it impossible to continue with the trial, principles of double jeopardy will not act to bar a retrial (CPL 270.35, 280.10). Further, we note that a defendant cannot consent to a trial by fewer than 12 jurors *(see, Matter of Stressler v Hynes,* 169 AD2d 750; NY Const, art I, § 2; art VI, § 18; *Cancemi v People,* 18 NY 128; *People v Lester,* 149 AD2d 975). Mangano, P. J., Thompson, Balletta and Rosenblatt, JJ., concur.